UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSEPH FELDMAN and VANDERBILT HOME PRODUCTS, LLC,

　　　　Plaintiffs,

- against -

COMP TRADING LLC, MOSES TAWIL, JONATHAN TAWIL, MICHAEL SASSON, HARRY HIDARY, and EDDIE SITT,

　　　　Defendants.

Case No.: 19-cv-04452

---

## WAIVER OF THE SERVICE OF SUMMONS

To:　Glen Lenihan, Esq. and Andrew J. Urgenson, Esq.
　　　*(Plaintiffs' attorneys)*

　　　We represent Defendants Comp Trading LLC, Moses Tawil, Michael Sasson, Harry Hidary, and Eddie Sitt in the above-referenced action. We have received your request to waive service of a summons in this action along with a copy of the complaint and this waiver form.

　　　I, or the entities and individuals I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entities and individuals I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entities and individuals I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 8/2/2019, the date when this request was made. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:　August 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Henry G. Ciocca, III
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney*

Comp Trading LLC, Moses Tawil, Michael Sasson, Harry Hidary, and Eddie Sitt
　*Printed name of parties waiving service of summons*

　　　　　　　　　　　　　　　　　　　　　　　　　　　Henry G. Ciocca, III
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name*

Reed Smith LLP  
599 Lexington Avenue  
<u>New York, NY 10022                        </u>  
*Address*

<u>hciocca@reedsmith.com               </u>  
*E-mail address*

<u>(212) 549-4645                              </u>  
*Telephone Number*