UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOSEPH FELDMAN, et al.,

                        Plaintiffs,                    MEMORANDUM
                                                  AND ORDER

        -against-                           19-CV-4452 (RPK)

COMP TRADING LLC, et al.,

                        Defendants.
----------------------------------------------------------------x

ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:

      In the past several months, the parties have filed a series of discovery motions and cross-motions, as well as requests for sanctions, and oppositions and supplements to those applications. See, e.g., [Defendants'] Letter Motion for Discovery Sanctions (June 29, 2020), Electronic Case Filing Docket Entry ("DE") #51; [Plaintiffs'] Letter Motion to Compel Discovery and for Sanctions (June 30, 2020), DE #52; Response in Opposition re [DE #51] (July 6, 2020), DE #53; Response in Opposition re [DE #52] (July 6, 2020), DE #54; [Defendants'] Letter Motion for Discovery Conference (July 9, 2020), DE #55; Response in Opposition re [DE #55] (July 13, 2020), DE #56; Response in Opposition re [DE #55] (Aug. 18, 2020), DE #62; [Defendants'] Letter Motion for Discovery [Supplementing DE #51 and #55] (Aug. 21, 2020), DE #63; [Defendants'] Letter Motion for Discovery (Aug. 28, 2020), DE #66; Response in Opposition re [DE #66] (Sept. 1, 2020), DE #68; Letter to Supplement Defendants' Opposition to Plaintiffs' request for additional discovery [re DE #51 and #63] (Sept. 14, 2020), DE #72; [Plaintiffs'] Response to [DE #55, #52, #63] (Sept. 15, 2020), DE #73. Meanwhile, the parties are also pursuing motions practice before the District Court.

Specifically, defendants have moved to dismiss plaintiffs' Amended Complaint, see Motion to Dismiss for Failure to State a Claim (Apr. 30, 2020), DE #35; plaintiffs are seeking a premotion conference before Judge Kovner in connection with their anticipated motion for summary judgment against three of the six defendants, see [Plaintiffs'] Letter Motion for Pre Motion Conference (Sept. 4, 2020), DE #70; and defendants have asked Judge Kovner to conduct a premotion conference in connection with their planned motion to dismiss or stay this federal action during the pendency of an earlier-filed related state court litigation between the same parties and others, see [Defendants'] Letter Motion for Pre Motion Conference (Aug. 28, 2020), DE #67.

In light of the parties' ongoing motion practice before the District Court, this Court concludes that it would not be an efficient use of judicial resources to delve into the parties' various discovery disputes at this juncture; nor would it be an efficient use of the parties' time and resources to conduct additional discovery until their dispositive motions, and/or defendants' motion to stay the case, have been resolved.  See Fed. R. Civ. P. 1 (rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").  Therefore, this Court, in its discretion, denies without prejudice the parties' consent motion to extend fact discovery, see Consent Motion (Aug. 21, 2020), DE #64, which closed on August 28, 2020; stays expert discovery and compliance with the nonparty subpoenas served by plaintiffs; and denies without prejudice the parties' contested discovery motions (DE #51, #52, #55, #63,

#66), with leave to renew those applications if and when Judge Kovner rules that plaintiffs may pursue some or all of their claims.

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **September 22, 2020**

                                    /s/     *Roanne L. Mann*
                                    **ROANNE L. MANN**
                                    **UNITED STATES MAGISTRATE JUDGE**