UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JOSEPH FELDMAN AND VANDERBILT HOME
PRODUCTS, LLC,

                               *Plaintiffs*,

       -against-

COMP TRADING LLC, MOSES TAWIL,
JONATHAN TAWIL, MICHAEL SASSON,
HARRY HIDARY, AND EDDIE SITT,

                               *Defendants*.

-------------------------------------------------------------------X

**Case No.: 19-CV-4452 (RPK)(RLM)**

**STIPULATION
OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Plaintiffs and the Defendants, that the above-captioned action is hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

      This Stipulation may be executed in two or more counterparts, each of which shall be deemed an original, and may be executed and delivered by facsimile or other electronic means.

Dated: New York, New York
       June 28, 2021

By: /s/ Jonathan A. Lynn               By:/s/ Samuel Kadosh (with permission)
   Jonathan A. Lynn, Esq.             Samuel Kadosh, Esq.
   OVED & OVED LLP                REED SMITH LLP
   *Attorneys for Plaintiffs*           *Attorneys for Defendants*
   401 Greenwich Street             599 Lexington Avenue
   New York, New York 10013       New York, New York 10022
   Tel.: 212.226.2376               Tel.: 212.549.5400